NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DAMIEN LORELL GRAY,**

*Petitioner*

**v.**

**DEPARTMENT OF VETERANS AFFAIRS,**

*Respondent*

---

2023-1433

---

Petition for review of the Merit Systems Protection Board in No. DC-3330-16-0148-I-1.

---

## O R D E R

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1), and to file the required Statement Concerning Discrimination within the time permitted, it is

2                                                          GRAY v. DVA

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

FOR THE COURT

March 30, 2023
    Date                    /s/ Peter R. Marksteiner
                            Peter R. Marksteiner
                            Clerk of Court

**ISSUED AS A MANDATE:** March 30, 2023